```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    9/18/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALICIA ZAMBRANA,                                              :
                                                              :
                            Plaintiff,                        :
                                                              :     16-CV-2907 (VEC)
                -against-                                     :
                                                              :     ORDER
PRESSLER AND PRESSLER, LLP; SHELDON                           :
H. PRESSLER, GERARD J. FELT; LAWRENCE                         :
J. MCDERMOTT, JR.; DAVID B. WARSHAW;                          :
ARISTOTLE SANGALANG; ABSOLUTE                                 :
RESOLUTIONS VI, LLC; BUREAUS                                  :
INVESTMENT GROUP PORTFOLIO NO. 15                             :
LLC; THE BUREAUS, INC.; and BUREAUS                           :
INVESTMENT GROUP III, LLC;                                    :
                                                              :
                            Defendants.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

On September 15, 2017, the parties reported to the Court that they have reached a settlement on all issues in this case (Dkt. 94).

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **October 19, 2017,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before October 19, 2017**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **October 13, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date: September 18, 2017
New York, NY

VALERIE CAPRONI
United States District Judge